JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI DAUN RAY, | Case No. EDCV 13-1274-CW |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is DISMISSED with prejudice.

DATED: December 22, 2014

_____
CARLA M. WOEHRLE
United States Magistrate Judge